UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00451-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MAURICIO CUEVAS-LOBIO,

    Defendant.

_____

**ORDER OF REASSIGNMENT**
_____

    Upon review of the file, the court has determined that this criminal case is related to Criminal Case No. 07-cr-00195. Pursuant to D.C.COLO.LCrR 50.1(c), and with the consent of Chief Judge Edward W. Nottingham, this criminal case should be reassigned. Accordingly, it is

    ORDERED that Criminal Case No. 07-cr-00451-WYD is reassigned to Judge Marcia S. Krieger and the criminal case number is amended to Criminal Case No. 07-cr-00451-MSK.

    Dated: January 24, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge