IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-000451-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MAURICIO CUEVAS-LOBIO,

        Defendant.
_____

**ORDER RESETTING SUPERVISED RELEASE VIOLATION HEARING**
_____

        **IT IS ORDERED** that the Supervised Release Violation Hearing previously set for January 31, 2008, is reset for **February 8, 2008, at 1:30 p.m.**

        DATED this 6th day of February, 2008.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge